IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR,<br>TDCJ # 733126,<br>　　Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS,<br>Director, Texas Department<br>of Criminal Justice,<br>Correctional Institutions Division,<br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. W-14-CA-036 |

## JUDGMENT

In accordance with the Order of this Court entered this date, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's action is **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

**SIGNED** this __13__ day of February, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WALTER S. SMITH, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE